**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-01166-KLM

DANIEL CARRILLO RODRIGUEZ on his own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

5830 RESTAURANT CORP.,
SMOKIN DAVES BBQ, CORP.,
SMOKIN DAVE'S, LLC,
7522 RESTAURANT CORP.,
5374 RESTAURANT CORP.,
HOUSE OF Q CORP., and
DAVID OEHLMAN,

    Defendants.

---

**PROPOSED ORDER GRANTING FINAL APPROVAL TO CLASS AND COLLECTIVE ACTION SETTLEMENT**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Final Approval of Class Action Settlement** [#64] and on Plaintiff's unopposed **Motion for Attorney Fee** [#62]. The Court having held a Final Fairness Hearing on June 21, 2023, and good cause having been shown;

IT IS HEREBY **ORDERED** THAT:

(1) The Joint Motion for Final Approval of Class Action Settlement [#64] is **GRANTED**;

(2) The Settlement Agreement attached as Exhibit 1 to the parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement [#61-1] is granted final approval for the reasons described in the Court's Order preliminarily approving the settlement at #63;

(3) The terms of the parties' Settlement Agreement are **SO ORDERED**;

(4) Plaintiff's Motion for Attorney Fee [#62] is **GRANTED** for the reasons described in the Court's Order at #63 and Class Counsel shall be awarded 33% of the Settlement Fund, for $240,000.00 in attorney fees;

(5) This action shall be dismissed with prejudice;

(6) The Court shall retain jurisdiction for enforcement of the Settlement Agreement.

Dated: _____, 2023.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge