IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01166-KLM

DANIEL CARRILLO RODRIGUEZ, on his own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

5830 RESTAURANT CORP.,
SMOKIN DAVE'S BBQ, CORP.,
SMOKIN DAVE'S, LLC,
7522 RESTAURANT CORP.,
5374 RESTAURANT CORP.,
HOUSE OF Q CORP., and
DAVID OEHLMAN,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Final Approval of Class and Collective Action Settlement** [#64] (the "Motion").[1]  On February 3, 2023, the Court preliminarily approved the parties' Settlement Agreement, including Plaintiff's fee request.  *Order* [#63] at 30.  The Court also approved the parties' Settlement Notice for issuance and set various deadlines for all potential Settlement Class Members to opt-out or object to the Settlement Agreement.  *Id.*  The Court held a Final Fairness Hearing on June 21, 2023.  No objections were made either prior to or at the hearing.  *Motion* [#64] at 3.  Accordingly,

---

[1] Pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCivR 72.2(d), the parties in this civil action have consented to have the undersigned conduct all proceedings.  *See* [#24, #34].

IT IS HEREBY **ORDERED** that the Motion [#64] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Settlement Agreement [#61-1] is granted **final** approval for the reasons provided in the Court's prior Order [#63].

IT IS FURTHER **ORDERED** that the terms of the parties' Settlement Agreement are made an order of the Court.

IT IS FURTHER **ORDERED** that Plaintiff's Motion for Attorney Fee [#62] is granted **final** approval for the reasons provided in the Court's prior Order [#63], and Class Counsel is awarded 33% of the Settlement Fund, for $240,000 in attorney fees.

IT IS FURTHER **ORDERED** that this action is **DISMISSED with prejudice**, with the Court to retain jurisdiction to enforce the Settlement Agreement. *See, e.g.*, *Kennedy v. Mountainside Pizza, Inc.*, No. 19-cv-01199-CMA-STV, 2021 WL 5882138, at *6 (D. Colo. Dec. 13, 2021).

IT IS FURTHER **ORDERED** that the Clerk of Court shall **close** this case.

DATED: June 21, 2023

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge